**Order entered February 3, 2017**



**In The**

# Court of Appeals
# Fifth District of Texas at Dallas

### No. 05-16-00346-CV

### ABDUL KHAN, Appellant

### V.

### THE CHAI ROAD, INC., D/B/A WATERJET WORKS, Appellee

**On Appeal from the 14th Judicial District Court**
**Dallas County, Texas**
**Trial Court Cause No. DC-14-07892**

## ORDER

On June 30, 2016, the clerk's record was filed. The following day, a corrected clerk's record was filed. We **STRIKE** the June 30, 2016 clerk's record.

This appeal is set for submission March 8, 2017 at 10:00 a.m.

/s/     DOUGLAS S. LANG
PRESIDING JUSTICE